1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Chief, Tax Division
3  BLAKE D. STAMM (CTBN 301887)
   Assistant United States Attorney
4  9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-7063
6  Fax:       (415) 436-6748
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA and BELDEN GRANADA, Revenue Officer, | ) ) ) No. 10-4094 LHK ) |
| Plaintiffs, | ) ) |
| v. | ) [Proposed] ORDER TO ) SHOW CAUSE RE: CONTEMPT |
| ROBERT D. UDOVICH, | ) ) |
| Defendant. | ) ) |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, it is hereby

**ORDERED** that respondent appear in person before this Court on the 10th day of March ~~February~~, 2011, at 1:30 p.m., in Courtroom No.4, 5th Floor, United States Courthouse, 280 South 1st Street, San Jose, California, and then and there show cause, if he has any, why he should not be held in contempt for his failure to comply with the Order Enforcing Summons filed December 16, 2010; and it is further

**ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said respondent in accordance with Rule 5 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

**ORDERED** that within twenty-eight (28) days before the return date of this Order, the respondent may file and serve a written response to the Order To Show Cause Re:

ORDER TO SHOW CAUSE RE:
CONTEMPT (No. 10-4094 LHK)                     1

1  Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28
2  U.S.C. Subsection 1746, as well as any motions he desires to make; that the petitioner
3  may file and serve a written reply to such response, if any, within fourteen (14) days
4  before the return date of this Order; that all motions and issues raised by the pleadings
5  will be considered on the return date of this Order, and only those issues raised by motion
6  or brought into controversy by the responsive pleadings and supported by affidavit(s) or
7  declaration(s) will be considered at the return of this Order.

**ORDERED** this 19th day of January, 2011, at San Jose, California.

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE RE:
CONTEMPT (No. 10-4094 LHK)                 2