IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America et al, | NO. C 10-04094 JW |
|         Plaintiff(s), <br> v. <br> Robert D. Udovich et al, <br>         Defendant(s). | **ORDER RESETTING ORDER TO SHOW CAUSE HEARING; SETTING DEADLINE TO SERVE DEFENDANT** |

    Due to the recent case reassignment the Court has reset the Order to Show Cause Hearing from March 10, 2011 **to March 28, 2011 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California before Chief Judge James Ware. On or before **March 7, 2011**, the Government shall serve the Court's Order re New Hearing Date on the Defendant.

Dated: February 25, 2011

                                          JAMES WARE <br>
                                          United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated: February 25, 2011**          **Richard W. Wieking, Clerk**

                                      **By:    /s/ JW Chambers**
                                           **Elizabeth Garcia**
                                           **Courtroom Deputy**