IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, et al., | NO. C 10-04094 JW |
| Petitioners, | **ORDER VACATING ORDER TO SHOW CAUSE; SETTING STATUS CONFERENCE** |
| v. | |
| Robert D. Udovich, | |
| Respondent. | |

On March 28, 2011, the Court conducted a hearing on the Court's January 19, 2011 Order to Show Cause Re: Contempt. (See Docket Item No. 13.) Respondent, in *pro se*, appeared at the hearing and contended that his failure to comply with the December 16, 2010 Order Enforcing Summons was due to an error in scheduling.

In light of Respondent's *pro se* status, the Court finds good cause to VACATE the Order to Show Cause, and orders Respondent to appear on **April 11, 2011** at 10 a.m. at 555 South Market Street, Suite 610, San Jose, CA to meet with Agent Belden Granada.

The Court sets a Further Status Conference on this matter for **April 25, 2011 at 10 a.m.** On or before **April 15, 2011**, the parties shall file a Joint Statement updating the Court on Respondent's compliance. The Conference may be vacated upon the government's request and report that Respondent has substantially complied with the Summons.

Dated: April 4, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
Melinda  Haag melinda.haag@usdoj.gov
Thomas  Moore tom.moore@usdoj.gov

Robert Udovich
372 Gordola Ct.
San Jose, CA 95111

**Dated:  April 4, 2011**                                     **Richard W. Wieking, Clerk**

                                                              **By:      /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**