MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone: (415) 436-7063
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and BELDEN GRANADA, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> ROBERT D. UDOVICH, <br><br> Respondent. | NO. 10-4094 JW <br><br> REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON |

Petitioners, United States of America and Belden Granada, Revenue Officer, hereby advise the Court that respondent, Robert D. Udovich, has complied with the Internal Revenue Service summons and request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Respectfully Submitted

MELINDA HAAG

/s/ Blake D. Stamm
Assistant United States Attorney
Tax Division

**ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of the Civil Procedure, this action is hereby dismissed. The Clerk shall close this file.

ORDERED this __21st__ day of __April__, 2011, at San Jose, California.

_____
UNITED STATES DISTRICT JUDGE